UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ALEXANDER ROBERT IRWIN,

       Petitioner,

v.                                    Civil Action No. 2:24cv606

JEFFREY CRAWFORD, ET AL.,

       Respondents.

## FINAL ORDER

Before the Court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, and the Respondent's Motion to Dismiss, ECF No. 8. In the Petition, Alexander Robert Irwin ("Petitioner"), an immigration detainee, challenged the conditions of his detention with U.S. Immigration and Customs Enforcement pending his deportation to his country of citizenship, the United Kingdom.

This case was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), and Local Civil Rule 72 for a Report and Recommendation. As explained in Respondent's memorandum in support of its Motion to Dismiss, Petitioner was removed from the United States to the United Kingdom on December 5, 2024. ECF No. 9 at 2. Accordingly, on April 15, 2025, the Magistrate Judge filed

a Report and Recommendation ("the Report") recommending dismissal of the Petition. ECF No. 13. By receiving copy of the Report, each party was advised of its right to file written objections to the Magistrate Judge's findings and recommendations. Id. at 4. The Court received no objections to the Report and the time for filing objections has now expired.[1]

Accordingly, the Court accepts the findings and recommendations set forth in the Report of the United States Magistrate Judge, ECF No. 13, and it is **ORDERED** that the Respondent's Motion to Dismiss, ECF No. 8, be **GRANTED**, and that the Petition, ECF No. 1, be **DISMISSED** as **MOOT**.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this Court, United State Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

---

[1] Petitioner departed the United States on December 5, 2024, prior to the Magistrate Judge's Report being filed. See ECF No. 9 at 2. The Magistrate Judge issued the Report on April 15, 2025, and sent a copy to Petitioner at his last known address. ECF No. 13. On April 30, 2025, the Report sent to Petitioner was returned as "Return to Sender, No Mail Receptacle, Unable to Forward." ECF No. 14. When the Court acknowledged receipt of the Petition, Petitioner was advised that he must immediately provide the Court with written notice of any new address, and that the failure to do so may result in dismissal of his Petition. ECF No. 3.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner's last known address and provide an electronic copy of the same to counsel of record for the Respondent.

It is so **ORDERED**.

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June 20, 2025